# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152713(69)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JUSTIN TIMOTHY COMER,
        Defendant-Appellant.
_____/

SC: 152713
COA: 318854
St. Clair CC: 11-001804-FC

On order of the Chief Justice, the joint motion of the parties to extend the time for filing their supplemental briefs is GRANTED. The supplemental briefs submitted on July 5, 2016, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk